### LORETTA BALL *v.* LARRY L. BALL
### (13161)

DUPONT, C. J., and LAVERY and SCHALLER, Js.

Argued February 10—decision released March 21, 1995

*Tony Ghecas,* for the appellant (defendant).
*Loretta Ball Adamo,* pro se, the appellee (plaintiff).

PER CURIAM. The judgment is affirmed.